RUDOLPH POHLE, Respondent, *v.* SECOND AVENUE RAIL·
ROAD COMPANY, Appellant.

*Pohle* v. *Second Avenue R. R. Co.,* 13 App. Div. 393, affirmed.
(Argued January 31, 1900; decided February 16, 1900.)

APPEAL from an order and judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered January 22, 1897, affirming a judgment in
favor of plaintiff entered upon a verdict, and an order denying
a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Charles Steckler* and *Alfred Steckler* for respondent.

Order and judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN,
CULLEN and WERNER, JJ.

────────────

EDMUND W. CONVERSE et al., Respondents and Appellants, *v.*
DANIEL E. SICKLES, Sheriff of the City and County of New
York, Appellant and Respondent.

*Converse* v. *Sickles,* 16 App. Div. 49, affirmed.
(Submitted February 1, 1900; decided February 16, 1900.)

CROSS-APPEALS from a judgment of the Appellate Division
of the Supreme Court, transferred from the first to the sec-
ond judicial department, entered in the county of New York
May 3, 1897, modifying, and affirming as modified, a judg-
ment in favor of plaintiffs entered upon a decision of the
court on trial at Special Term.

*A. Blumenstiel* for defendant, appellant and respondent.

*Frederic R. Kellogg* for plaintiffs, respondents and
appellants.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN
and WERNER, JJ. Not sitting: CULLEN, J.